AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
                                 COUNSEL/PARTIES OF RECORD

        JUN 14 2023

    CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY:                           DEPUTY
```

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:23-MJ-508-VCF |
| LOREN PARKER, JR. ) | |
| ) | Charging District: Eastern District of New York |
| _Defendant_ ) | Charging District's Case No. 23-cr-227 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: United States District Court<br>225 Cadman Plaza East<br>Brooklyn, NY 11722 | Courtroom No.: TBD |
|---|---|
| | Date and Time: 7/12/2023 2:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 06/14/2023

_Judge's signature_

Cam Ferenbach, US Magistrate Judge
_Printed name and title_